ACCEPTED
01-15-00730-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2015 5:39:20 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00730-CV

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2015 5:39:20 PM
~~CHRISTOPHER A. PRINE~~
Clerk

SHEA N. PALAVAN,

*Appellant*,

v.

BRIAN MCCULLEY ET AL.

*Appellees*,

*On appeal from the County Court at Law Number 3 of Harris County, Texas
in Cause Nos. 1047954 and 1047954-002, Judge Linda Storey*

**APPELLANT'S MOTION TO TRANSFER SUPPLEMENTAL RECORD**

**Shea N. Palavan**
**State Bar No. 24083616**
**1616 South Voss Road, Suite 125**
**Houston, Texas 77057**
**Telephone: (832) 623-6478**
**Facsimile: (855) PALAVAN**
**Email: shea@palavan.com**

**Sean M. Palavan**
**State Bar No. 24058640**
**TALABI & ASSOCIATES, P.C.**
**2909 Hillcroft Avenue, Suite 200**
**Houston, Texas 77057**
**Telephone: (713) 266-0529**
**Facsimile: (713) 266-2203**
**Email: spalavan@talabilawfirm.com**

**Attorneys for Appellant,**
**Shea N. Palavan**

Appellant, SHEA N. PALAVAN, hereby respectfully requests that this Court transfer in the supplemental record that was previously ordered, and incorrectly filed into another appellate case.

In support of this Motion, Appellant respectfully shows unto the Court the following:

1.    On November 13, 2015, Appellant filed a proper request in the county court for a supplemental record for this appeal.

2.    A cost letter was subsequently issued on November 25, 2015, and Appellant made payment in full on December 2, 2015.

3.    On December 8, 2015, the County Clerk inadvertently and erroneously filed the supplemental record into a previous appeal, cause no. 01-14-00604-CV, which has already been closed.[1]

**PRAYER**

WHEREFORE, Appellant hereby respectfully requests that this Court transfer the supplemental record, erroneously filed in cause no. 01-14-00604-CV on December 8, 2015, into the instant appeal as the First Supplemental Record.

December 31, 2015

/s/ Sean M. Palavan
Sean M. Palavan
State Bar. No. 24058640
TALABI & ASSOCIATES, P.C.
2909 Hillcroft Avenue, Suite 200
Houston, Texas 77057
Telephone: (713) 266-0529
Facsimile: (713) 266-0529
Email: spalavan@talabilawfirm.com

---

[1] *See* Exhibit A

Shea N. Palavan
State Bar. No. 24083616
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (832) 623-6478
Facsimile: (855) PALAVAN
Email: shea@palavan.com

*Attorneys for Appellant,*
SHEA N. PALAVAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served to all counsel of record via regular U.S. mail, certified mail, return receipt requested, electronic filing, and/or facsimile on December 31, 2015, in accordance with Rule 9.5 of the TEXAS RULES OF APPELLATE PROCEDURE:

/s/ *Sean M. Palavan*
Sean M. Palavan
TALABI & ASSOCIATES, P.C.

Counsel for Brian McCulley and
TBW Development
*Via E-service*

John D. Herberger
J D HERBERGER & ASSOCIATES, PC
11767 Katy Freeway, Suite 920
Houston, Texas 77079

Counsel for Boulevard Realty, LLC
*Via E-service*

Timothy R. Ploch
TIMOTHY R. PLOCH, P.C.
730 N. Post Oak Rd., Suite 100
Houston, Texas 77024